ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED
06/02/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: PR 06-0422

FILED
JUN 0 2 2020
Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF JUDY
K. HANRAHAN

O R D E R

Judy K. Hanrahan has petitioned the Court to waive the requirement that applicants for admission to the State Bar of Montana be sworn in within one year after satisfying the requirements for admission, and grant her additional time to be sworn in. Rule X.B, Rules of Admission of Montana, provides "[i]f an applicant does not appear for admission to the State Bar of Montana within one year after successfully meeting the requirements for admission, the applicant's application will be terminated and the applicant may be admitted only after reapplication as provided in these Rules." Hanrahan had until April 8, 2020, to be sworn in under the Rule, but due to a miscommunication with the State Bar and circumstances related to the COVID-19 pandemic, she was not sworn in by the deadline. She is prepared to pay all fees and satisfy other processing requirements. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Judy K. Hanrahan to waive the one-year requirement under Rule X.B, Rules of Admission of Montana, is GRANTED. Hanrahan is granted until July 1, 2020 to be sworn in.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 2nd day of June, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices